# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PENINA TAGOIA, ET AL.,** Plaintiffs, vs. **WELLS FARGO BANK, N.A., ET AL.,** Defendants. | CASE NO. 17-cv-06777-YGR **ORDER RE: REQUESTS TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** Re: Dkt. Nos. 46 & 47 |

The Court is in receipt of two separate requests to appear telephonically at the case management conference currently set for March 5, 2018 at 2:00 p.m. One was filed by defendants Gregory Geiser and Breckenridge Property Fund 2016, LLC (Dkt. No. 46), and the other was filed by defendants Barrett Daffin Frappier Treder & Weiss, LLP, Cheryl Lyn Asher, Erica Denise Jones, Edward Alan Treder, Manuel Loeza, Clayton Allen Goff, and Brandye N. Foreman (the "BDFTW defendants") (Dkt. No. 47).

Good cause appearing, the request of Gregory Geiser and Breckenridge Property Fund 2016, LLC to appear by telephone is **GRANTED**.

Counsel for the BDFTW defendants, on the other hand, bases his request on the costs associated with traveling to the Oakland courthouse.[1] Accordingly, his request to appear by telephone is **DENIED**. Pursuant to the undersigned judge's Standing Order in Civil Cases, telephonic appearances are allowed at initial case management conferences only upon a compelling showing of good cause. The routine inconveniences of travel do not constitute good cause.[2]

---

[1] Counsel appears to be under the erroneous impression that the undersigned is located in the San Jose Division of the Northern District of California.

[2] Absent a compelling showing of good cause, the Court is particularly unwilling to

This Order terminates Docket Numbers 46 and 47.

**IT IS SO ORDERED.**

Dated: March 2, 2018

*[signature]*
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

entertain any such requests in light of plaintiffs' renewed motion for a temporary restraining order (Dkt. No. 50), which the parties should be prepared to address at the case management conference.